L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin, IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDA GAMEROS,**<br><br>Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC., and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. 1:14-cv-01869-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>(Doc. 5) |

    The Court has reviewed the Stipulation of Plaintiff, BRENDA GAMEROS, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated:   **March 13, 2015**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE